UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL IGNACIO AYON-ARREDONDO,<br><br>Defendant. | CASE NO.:  19-cr-03979-BTM<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** that Mr. Ayon-Arredondo's Motion Hearing/Trial Setting currently scheduled for April 14, 2021 at 2:00 p.m. to May 12, 2021 at 2:00 p.m.

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

DATED: April 13, 2021

_____
**HONORABLE BARRY TED MOSKOWITZ**
United States District Court Judge