# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-3979-BTM |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL AND EXONERATION OF BOND** |
| SAUL IGNACIO AYON- ARREDONDO, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 15] in the above-entitled case be dismissed without prejudice.

IT IS FURTHER ORDERED that bond is exonerated.

**SO ORDERED.**

Dated: July 7, 2021

_____
Honorable Barry Ted Moskowitz
United States District Court